## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

**Date: 6/29/10**

In re:   Case No.:   10−24504     Chapter:   7

Fred Waters Allnutt
Debtor(s)

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Schedule C due 07/12/2010** |
| | **Schedule D due 07/12/2010** |
| | **Schedule E due 07/12/2010** |
| | **Schedule B due 07/12/2010** |
| | **Schedule F due 07/12/2010** |
| | **Cred. Counsel Cert. Due due 07/12/2010** |
| | **Schedule G due 07/12/2010** |
| | **Schedule H due 07/12/2010** |
| | **Summary of Schedules due 07/12/2010** |
| | **Means Test Form 22A due 07/12/2010** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521** |
| | **Federal Rule of Bankruptcy Procedure 1007** |

**All deficiencies must be cured by <u>7/12/10</u>.**

**Additional information for non−attorney filers is available at <u>www.mdb.uscourts.gov/RL_prose.aspx</u>.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, K Grant410−962−7466

cc:   Debtor(s)
      Attorney for Debtor(s) − PRO SE

Form ntcddl (03/05)