Form ntcpriv

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   10–24504 NVA    Chapter:   7

Fred Waters Allnutt
Debtor(s)

## NOTICE OF REQUIREMENT TO COMPLY WITH
## THE JUDICIAL CONFERENCE OF THE UNITED STATES AND
## THE E−GOVERNMENT ACT OF 2002

     Notice is hereby given that, in compliance with the policies of the Judicial Conference of the United States and the E−Government Act of 2002 as amended December 1, 2007[1], promoting electronic access to case files while also protecting personal privacy and other legitimate interests, parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal identifiers from all documents filed with the Court, including exhibits to such filings, unless otherwise ordered by the Court:

**Social Security Number:**  Only the last four digits of a Social Security number may be listed in the filing.
**Names of Minor Children:**  Only the initials of minor children may be listed in the filing.
**Dates of Birth:**  Only the year of birth may be listed in the filing.
**Financial Account Numbers:**  Only the last four digits of financial account numbers may be listed in the filing.

The responsibility for redaction rests solely with the filing party.

Clerk's Office staff will not review each filing for compliance with this rule.

Dated: 6/29/10

    Mark D. Sammons, Clerk of Court
    by Deputy Clerk, K Grant410−962−7466

---

[1] **http://www.uscourts.gov/rules/privacy2.html**