# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0416−1 | User: kgrant | Date Created: 06/29/2010 |
| Case: 10−24504 | Form ID: B9A | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Fred Waters Allnutt | 10370 Baltimore National Pike | Ellicott City, MD 21042 |
| tr | Mark J. Friedman | DLA Piper LLP (US)   The Marbury Building   6225 Smith Avenue   Baltimore, MD 21209 | |
| 26075863 | Chase Card Services Account Inqures | P.O. Box 15298 | Willmington, Delaware 19850 |
| 26075866 | Comptroller of the Treasury | Compliance Division, Room 409   301 W. Preston Street   Baltimore, MD 21201 | |
| 26075865 | Internal Revenue Service | Suite 1300   Hopkins Plaza | Baltimore, Maryland 21201 |
| 26075864 | Marsden S. Furlow | P.O. Box 829 | Arnold, Maryland 21012 |
| 26075867 | Office of Law | Howard County, Maryland   3430 Courthouse Drive | Ellicott City, MD 21043 |
| 26075868 | State of Maryland DLLR | Division of Unemployment Insurance   1100 N. Eutaw Street, Room 401   Baltimore, MD 21201 | |

TOTAL: 8