**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
at Baltimore

**Date: 7/13/10**

In re:   Case No.:   10−24504 NVA     Chapter:   7

Fred Waters Allnutt
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 13 – Financial Management Course Certificate Filed on Behalf of Fred Waters Allnutt Filed by Fred Waters Allnutt . (Johnson, J)

PROBLEM: The pleading was not signed by the debtor. (Federal Bankruptcy Rule 9011(a)

CURE: A signed pleading must be filed by the cure date shown below.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 7/27/10.**

**Additional information for non−attorney filers is available at www.mdb.uscourts.gov/PS_debtor_after.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, J Johnson  410−962−4221

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (01/06)