## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 7/15/10**

**In re:   Case No.:   10–24504 NVA      Chapter:   7**

Fred Waters Allnutt
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 17 – Schedule B on behalf of Fred Waters Allnutt , Schedule C on behalf of Fred Waters Allnutt , Schedule D on behalf of Fred Waters Allnutt , Schedule E on behalf of Fred Waters Allnutt , Schedule F on behalf of Fred Waters Allnutt , Schedule G on behalf of Fred Waters Allnutt , Schedule H on behalf of Fred Waters Allnutt Filed by Fred Waters Allnutt . (Johnson, J)

PROBLEM: The pleading was not signed by the debtor. (Federal Bankruptcy Rule 9011(a)

CURE: A signed pleading must be filed by the cure date shown below.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.


**All deficiencies must be cured by 7/29/10.**


**Additional information for non–attorney filers is available at www.mdb.uscourts.gov/PS_debtor_after.aspx.**


Mark D. Sammons, Clerk of Court
by Deputy Clerk, J Johnson  410–962–4221


cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE


Form defntc (01/06)