## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 7/13/10**

**In re:   Case No.:   10–24504 NVA      Chapter:   7**

Fred Waters Allnutt
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 13 – Financial Management Course Certificate Filed on Behalf of Fred Waters Allnutt Filed by Fred Waters Allnutt . (Johnson, J)

PROBLEM: The pleading was not signed by the debtor. (Federal Bankruptcy Rule 9011(a)

CURE: A signed pleading must be filed by the cure date shown below.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 7/27/10.**

**Additional information for non–attorney filers is available at www.mdb.uscourts.gov/PS_debtor_after.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, J Johnson  410–962–4221

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (01/06)

# CERTIFICATE  OF  NOTICE

```
District/off: 0416-1        User: jjohnson        Page 1 of 1            Date Rcvd: Jul 13, 2010
Case: 10-24504             Form ID: defntc        Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 15, 2010.
db           +Fred Waters Allnutt,   10370 Baltimore National Pike,   Ellicott City, MD 21042-2190

The following entities were noticed by electronic transmission.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 15, 2010**                    **Signature:**    *Joseph Speetjens*