Signed: September 03, 2010
**DENIED**
**DENIED AS MOOT.**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   10–24504 – NVA    Chapter: 7

Fred Waters Allnutt
10370 Baltimore National Pike
Ellicott City, MD 21042

## ORDER GRANTING
## MOTION TO REMOVE MARK J. FRIEDMAN AS CHAPTER 7 TRUSTEE IN THE INSTANT BANKRUPTCY CASE

Upon consideration of the Motion to Remove Mark J. Friedman as Chapter 7 Trustee in This Instant Bankruptcy Case filed by the Debtor, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Remove Mark J. Friedman as Chapter 7 Trustee in This Instant Bankruptcy Case is hereby granted.

cc:   All Parties –
      All Counsel –

**44.6 –** *pneal*

**End of Order**