

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| *In re:* | * | Chapter 7 |
| Fred W. Allnutt | * | Case No. _10-24504_ |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEBTOR'S REQUEST FOR COURT TO SET A HEARING ON DEBTOR'S MOTION FOR COURT TO ISSUE AN ORDER STAYING PROCEEDINGS IN THIS BANKRUPTCY CASE PENDING FINALITY OF DEBTOR'S APPEAL OF PREVIOUS BANKRUPTCY CASE OR, IN THE ALTERNATIVE, TO ENTER AN ORDER STAYING PROCEEDING IN THE INSTANT BANKRUPTCY PENDING FINALITY OF APPEAL OF DEBTOR'S PREVIOUS BANKRUPTCY CASE NUMBER 08-26485.**

Comes now Debtor, Fred Allnutt, and filed this Debtor's Request For Court To Set A Hearing On Debtor's Motion For Court To Enter An Order Staying Proceedings In This Bankruptcy Case Pending Finality Of Debtor's Appeal Of Previous Bankruptcy Case Or, In The Alternative, To Enter An Order Staying Proceeding In The Instant Bankruptcy Pending Finality Of Appeal Of Debtor's Previous Bankruptcy Case Number 08-26485, and for this states as follows:

1. On June 28, 2010, Debtor filed a Chapter 7 petition commencing the instant case.

2. On July 20, 2010, Debtor filed Debtor's Motion For Court To Issue An Order Staying Proceedings In This Bankruptcy Case Pending Finality Of Debtor's Appeal [Civil Case # 1:10-cv-01739-RDB], Of Previous Bankruptcy Case # 08-26485 (Dkt. # 21).

3. Also, on July 20, 2010, Debtor filed his "Affidavit Of Fred W. Allnutt In Support Of Debtor's Motion For Court To Issue An Order Staying Proceedings In This Bankruptcy Case Pending Finality Of Debtor's Appeal Of Previous Bankruptcy Case # 08-26485 (Dkt. # 22).

4. On July 26, 2010, Mark J. Friedman, the former Chapter 7 Trustee in the instant case, filed "Trustee's Response To Debtor's Motion For Court To Issue An Order Staying Proceedings In This Bankruptcy Case Pending Finality Of Debtor's Appeal Of Previous Bankruptcy Case."

5. No Objection to Debtor's Motion For Court To Issue An Order Staying Proceedings In This Bankruptcy Case Pending Finality Of Debtor's Appeal Of Previous Bankruptcy Case was filed by any party of interest.

**Wherefore**, Debtor moves this court to set a hearing date to hear arguments on Debtor's Motion For Court To Issue An Order Staying Proceedings In This Bankruptcy Case Pending Finality Of Debtor's Appeal Of Previous Bankruptcy Case Or, In The Alternative, To Enter An Order Staying Proceeding In The Instant Bankruptcy Pending Finality Of Appeal Of Debtor's Previous Bankruptcy Case Number 08-26485.

Respectfully Submitted,

Fred W. Allnutt
10370 Baltimore National Pike
Ellicott City, Maryland 21042
(410-984-6476)

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September 2010, I served copies of this document by first class mail on Marsden S. Furlow, P.O. Box 829, Arnold, Maryland 21012; Internal Revenue Service, Fallon Federal Building, 31 Hopkins Plaza, Baltimore, Maryland 21201; Chase Card Services, Account Inquires, P.O. Box 15298, Wilmington, Delaware 19850-5298; and, Michael B. Rinn, Suite 4, 111 Warren Road, Cockeysville, Maryland, 21030.

Fred W. Allnutt