UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

FILED
SEP 08 2010
CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

In re:                                *     Chapter 7

Fred W. Allnutt                       *     Case No.  10-24504

Debtor.                               *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### DEBTOR'S MOTION FOR COURT TO <u>PERFECT THE COURT RECORD</u>

Comes now Debtor, Fred Allnutt, and filed this Debtor's Motion For Court To Perfect The Record, and for this states as follows:

1. On June 28, 2010, Debtor filed a Chapter 7 petition commencing the instant case.

2. On June 29, 2010, Mark J. Friedman was appointed Chapter 7 Trustee (Dkt. # 4).

3. On August 11, 2010, Debtor filed his Motion To Remove Mark J. Friedman As Chapter 7 Trustee In The Instant Bankruptcy Case (Dkt. # 28).

4. On August 11, 2010, Debtor filed his Affidavit Of Fred W. Allnutt In Support Of Debtor's Motion To Remove Mark J. Friedman As Chapter 7 Trustee In The Instant Bankruptcy Case (Dkt. # 28).

5. Attached to and referenced in "Debtor's Affidavit" were twenty (20) Exhibits consisting of two hundred thirty eight (238) pages.

6. The court record contains only three (3) of the twenty (20) Exhibits in "Debtor's Affidavit, and eight (8) of the two hundred thirty eight (238) pages that make up those Exhibits.

7. Debtor intends to reference the missing Exhibits in future Motions.

**Wherefore**, Debtor moves this court to order the Clerk to enter all of the Exhibits Debtor filed in his "Debtor's Affidavit" into the Court Record.

Respectfully Submitted,

*Fred W. Allnutt*
Fred W. Allnutt
10370 Baltimore National Pike
Ellicott City, Maryland 21042
- (410-984-6476)

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September 2010, I served copies of this document by first class mail on Marsden S. Furlow, P.O. Box 829, Arnold, Maryland 21012; Internal Revenue Service, Fallon Federal Building, 31 Hopkins Plaza, Baltimore, Maryland 21201; Chase Card Services, Account Inquires, P.O. Box 15298, Wilmington, Delaware 19850-5298; and, Michael B. Rinn, Suite 4, 111 Warren Road, Cockeysville, Maryland, 21030.

*Fred W. Allnutt*
Fred W. Allnutt